CC: USBK

JS - 6          O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SUMAIRA RAHMAN | Case No. CV 14-06090-JGB |
| SUMAIRA RAHMAN, et al., | **JUDGMENT DISMISSING APPEAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| CAPITAL ONE, N.A., et al., | |
| Defendants. | |

On August 4, 2014, the Court received a Notice of Appeal from Bankruptcy Court in the matter of <u>In re: Sumaira Rahman</u>. (Doc. No. 1.) Appellants Sumaira Rahman and Syed Rahman, in pro per, appealed an order of the United States Bankruptcy Court, Central District of California, dismissing with prejudice the first through tenth causes of action of a complaint filed by Appellants in an adversary proceeding against Appellees Capital One,

N.A. and Mortgage Electronic Registration System. (Doc. No. 2.)

On August 12, 2013, the Clerk issued a notice of document discrepancy, stating Appellants failed to pay the filing fees required under 28 U.S.C. §§ 1930 (b) and (c). (Doc. No. 5.) On August 20, 2014, the Court issued an order to show cause, ordering Appellants to correct the discrepancy by August 29, 2014. (Doc. No. 7.) The Court noted that, "Failure to respond to this Order or to correct the deficiency shall result in the dismissal of the appeal." (Id.)

As of the date of this Judgment, Appellants have not responded to the Order to Show Cause, nor have they corrected the discrepancy.

Accordingly, the Court DISMISSES the Appeal WITHOUT PREJUDICE. The Court orders that such judgment be entered. The Clerk shall close the file.

Dated: September 2, 2014

JESUS G. BERNAL
United States District Judge

2